ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB 23 PM 3: 19

CLERK C Reynolds
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CYNTHIA J. MACINNIS, | ) |
| Plaintiff, | ) |
| v. | ) CV 304-83 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Commissioner's final decision is **AFFIRMED** and final judgment is **ENTERED** in favor of the Commissioner.

SO ORDERED this 23rd day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE